Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| A.K., A MINOR, AND S.K., A.K.'S MOTHER AND GUARDIAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SHORELINE SCHOOL DISTRICT #412,<br><br>Defendant. | No. 2:11-cv-01521<br><br>STIPULATED NOTICE OF SETTLEMENT AND REQUEST FOR ENTRY OF ORDER OF DISMISSAL<br><br>**Note on Motion Calendar:**<br>**Friday, June 15, 2012** |

COME NOW the parties, through their undersigned counsel and hereby notify the Court that this matter has been settled between them and the Court has approved the minor settlement. Accordingly, the parties now request that this Court enter the following stipulation and close this case.

IT IS HEREBY STIPULATED AND AGREED by all of the parties, through their undersigned counsel, that this action, including all claims, counterclaims and cross-claims, is dismissed with prejudice in its entirety, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

STIPULATED NOTICE OF SETTLEMENT AND
REQUEST FOR ENTRY OF ORDER OF DISMISSAL-
1
2:11-cv-01521

180342

PATTERSON BUCHANAN
FOBES LEITCH & KALZER, INC., P.S.

2112 Third Avenue, Suite 500
Seattle, WA 98121 Tel. 206.462.6700 Fax 206.462.6701

IT IS FURTHER STIPULATED AND AGREED that each party is to bear his, her or its own costs and attorneys' fees.

DATED this 15th day of June, 2012.

PATTERSON BUCHANAN
FOBES LEITCH & KALZER, INC., P.S.

By: s/ Patricia K. Buchanan
Patricia K. Buchanan, WSBA No. 19892
Angela N. Marshlain, WSBA No. 37118
2112 Third Ave., Suite 500
Seattle, WA 98121
(206) 462-6700
Attorneys for Defendant

By: s/ Susan B. Mindenbergs
Susan B. Mindenbergs, WSBA No. 20545
119 First Avenue South, Suite 200
Seattle, WA 98104
(206) 447-1560
Attorney for Plaintiffs

By: s/Judith A. Lonnquist
Judith A. Lonnquist, WSBA No. 6421
1218 Third Avenue, Suite 1500
Seattle, WA 98101
(206) 622-2086
Attorney for Plaintiffs

SO ORDERED this 18th day of June, 2012.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED NOTICE OF SETTLEMENT AND
REQUEST FOR ENTRY OF ORDER OF DISMISSAL- 2
2:11-cv-01521

180342

PATTERSON BUCHANAN
FOBES LEITCH & KALZER, INC., P.S.

2112 Third Avenue, Suite 500
Seattle, WA 98121 Tel. 206.462.6700 Fax 206.462.6701

# CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Susan B. Mindenbergs
Law Offices of Susan B. Mindenbergs
119 First Ave. S, # 200
Seattle, WA 98104-2564
Phone: (206) 447-1560
Fax: (206) 447-1523
Email: susanmm@msn.com

Judith A Lonnquist
Law Office of Judith A. Lonnquist
1218 Third Avenue, Suite 1500
Seattle, WA 98101-3021
Phone: (206) 622-2086
Fax: (206) 233-9165
Email: lojal@aol.com

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated at Seattle, Washington, this 15th day of June, 2012.

        s/ Jennifer N. Culbertson
        Jennifer N. Culbertson, Legal Assistant
        2112 Third Avenue, Suite 500
        Seattle, WA 98121
        jnc@pattersonbuchanan.com
        Phone: (206) 462-6700
        Fax: (206) 462-6701

STIPULATED NOTICE OF SETTLEMENT AND REQUEST FOR ENTRY OF ORDER OF DISMISSAL- 3
2:11-cv-01521

180342

PATTERSON BUCHANAN
FOBES LEITCH & KALZER, INC., P.S.
2112 Third Avenue, Suite 500
Seattle, WA 98121 Tel. 206.462.6700 Fax 206.462.6701